IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE: Donny G Nieto ) CASE NO. 18-15302
) Judge Carol A. Doyle

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Freedom Mortgage Corporation, the mortgagee on the property located at 1822 W Schaumburg Rd, Schaumburg, IL 60194, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Freedom Mortgage Corporation of $2,989.04 through September 2018, after crediting the tender of payments made through September 2018. The aforementioned default is calculated as follows:

| | |
|---|---:|
| June 2018 through September 2018 = 4 @ $2,139.51 | $8,558.04 |
| Bankruptcy fees and costs | ($1,031.00) |
| Less funds previously tendered | ($6,600.00) |
| Total default amount remaining | $2,989.04 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | October 1, 2018 | One post-petition mortgage payment + | $498.19 |
| On or before | November 1, 2018 | One post-petition mortgage payment + | $498.17 |
| On or before | December 1, 2018 | One post-petition mortgage payment + | $498.17 |
| On or before | January 1, 2019 | One post-petition mortgage payment + | $498.17 |
| On or before | February 1, 2019 | One post-petition mortgage payment + | $498.17 |
| On or before | March 1, 2019 | One post-petition mortgage payment + | $498.17 |

The current post petition mortgage payment is $2,139.51, and may change due to changes in adjustable interest rates or escrow requirements as applicable.

2. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay and Co-Debtor Stay shall automatically Modify to Freedom Mortgage Corporation without further Court Order.

3. The aforesaid payments shall be made payable to Freedom Mortgage Corporation and received in the office of Freedom Mortgage Corporation's attorneys, McCalla Raymer Leibert Pierce, LLC, in the form of money orders, certified checks, or cashier's checks.

4. In the event that the Automatic Stay and Co-Debtor Stay are Modified to Freedom Mortgage Corporation, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Dated: 9/26/18                Entered: _Carol A. Doyle_
                              Bankruptcy Judge Carol A. Doyle

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602